IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


Civil Action No.  09-cv-02293-MSK-MJW

A-W LAND CO., INC., et al.,

Plaintiff(s),

v.

ANADARKO E & P COMPANY LP, et al

Defendant(s).

---

## MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe


  It is hereby ORDERED that the **_Plaintiffs' Request for an Emergency Status Conference_**, DN 31, filed with the Court on February 3, 2010, is GRANTED.  It is hereby ORDERED that a Telephonic Status/Motion Hearing is set on February 10, 2010, at 9:30 a.m.   The court will hear argument on the **_Plaintiffs' Motion to Compel Deposition_**, DN 30, filed with the Court on February 3, 2010 at that time.  The Plaintiff shall initiate a conference call to all parties and then contact the court by calling (303) 844-2403, on the scheduled date and time.  Any responses to the above motion shall be filed on or before February 8, 2010.

Date:  February 4, 2010