IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02293-MSK-MJW

A-W LAND CO., INC., et al.,

Plaintiff(s),

v.

ANADARKO E & P COMPANY LP, et al

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

Pursuant to notification from counsel on February 9, 2010, advising the court that this motion has been resolved, it is hereby ORDERED that the Motion/Status Conference set on February 10, 2010, at 9:30 a.m., is vacated.  The Plaintiffs' Motion to Compel Deposition, (DN 30) which was scheduled to be heard at the conference on February 9, 2010, is denied as moot.

Date:  February 9, 2010