**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Michael J. Watanabe**

| | |
|---|---|
| Civil Action No. 09-cv-02293-MSK-MJW | FTR - Courtroom A-502 |
| Date: May 10, 2010 | Courtroom Deputy, Ellen E. Miller |

| Parties | Counsel |
|---|---|
| A-W LAND CO., LLC, | Stacy A. Burrows |
| VERNON JESSER, | Lance F. Astrella |
| MARY JESSER, | George A. Barton |
| KENT J. MCDANIEL, | |
| DEANNA R. MCDANIEL, | |
| MARVIN BAY, and | |
| MILDRED BAY, | |
| Co-Trustees of the Bay Family Trust, | |
| individually and on behalf of all others | |
| similarly situated, | |
| | |
| Plaintiff(s), | |
| | |
| v. | |
| | |
| ANADARKO E & P COMPANY, LP | Gail L. Wurtzler |
| f/k/a RME PETROLEUM COMPANY, and | Thomas P. Johnson |
| ANADARKO LAND CORPORATION, | |
| f/k/a RME LAND CORP., | |
| | |
| Defendant(s). | |

---

**COURTROOM MINUTES / MINUTE ORDER**

---

**HEARING**: **TELEPHONIC MOTION HEARING**
**Court in Session:** 9:40 a.m.
Court calls case. Appearances of counsel.

The Court raises Plaintiffs' Motion to Compel Discovery for argument.

Argument by Stacy Burrows on behalf of plaintiff.
Argument by Gail Wurtzler on behalf of defendant.

The Court notes the motion addresses four different areas and orders as follows:

**It is ORDERED:** Plaintiff's MOTION TO COMPEL DISCOVERY [Docket No. **43,** Filed March 29, 2010] is **GRANTED IN PART and DENIED IN PART.**

*09-cv-02293-MSK-MJW*
*Telephonic Motion Hearing re: Docket No. 43*
*May 10, 2010*

> As to "Issue 1 e-mails" : The Motion is granted. Anadarko shall produce e-mails between Mr. Liebl and Mr. McPhail between 2000 and 2001 and a Privilege Log **on or before JUNE 18, 2010.**
>
> As to "Issue 2 Surface area agreement" : The Motion is denied, in that defendant represents to the Court that it continues to work on the Privilege Log. The Privilege Log shall be completed **on or before MAY 21, 2010.**
>
> As to "Issue 3 Surface area agreement copies" : The Motion is denied, in that the request has been satisfied subject to further review by plaintiff.
>
> As to "Issue 4 System searches" : The Motion is denied, in that the request has been satisfied subject to further review by plaintiff.

Plaintiff's request to set a hearing on the motion for class certification is denied at this time. A hearing may be set in due course.

Hearing concluded.

**Court in recess:**     10:07 a.m.
Total In-Court Time 00:27

To order a transcript of this proceedings, contact Avery Wood Reports   (303) 825-6119 or Toll Free 1-800-962-3345.   FAX (303) 893-8305     www.AveryWoods.net