IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02293-MSK-MJW

A-W LAND CO., INC., et al.,

Plaintiff(s),

v.

ANADARKO E & P COMPANY LP, et al

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Defendants Anadarkos' Unopposed Motion to Amend Protective Order (docket no. 76) is GRANTED finding good cause shown. The Amended Protective Order (docket no. 76-1) is APPROVED and made an Order of Court.

Date: June 7, 2010