**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

| | |
|---|---|
| **Civil Action No.**  09-cv-02293-MSK-MJW | FTR - Courtroom A-502 |
| **Date:**  March 21, 2012 | Courtroom Deputy, Ellen E. Miller |

| *Parties* | *Counsel* |
|---|---|
| A-W LAND CO., LLC, <br> VERNON JESSER, <br> MARY JESSER, <br> KENT J. MCDANIEL, <br> DEANNA R. MCDANIEL, <br> MARVIN BAY,  and <br> MILDRED BAY, <br> Co-Trustees of the Bay Family Trust, <br> individually and on behalf of all others <br>  similarly situated, <br><br>     Plaintiff(s), <br><br> v. <br><br> ANADARKO E & P COMPANY, LP <br> f/k/a RME PETROLEUM COMPANY, and <br> ANADARKO LAND CORPORATION, <br> f/k/a RME LAND CORP., <br><br>     Defendant(s). | George A.  Barton <br> Lance F.  Astrella <br><br><br><br><br><br><br><br><br><br><br><br> Thomas P. Johnson <br> Gail L.  Wurtzler |

---

**COURTROOM MINUTES / MINUTE ORDER**

---

**HEARING**:   MOTION   HEARING
**Court in Session:**   10:30 a.m.
Court calls case.  Appearances of counsel.

The Court raises Plaintiff's Motion for Class Certification for argument.
Argument by George A. Barton on behalf of Plaintiffs.
Argument by Thomas P. Johnson on behalf of Defendants.

**It is ORDERED:**   Plaintiff's MOTION FOR CLASS CERTIFICATION [Docket No. **46**, filed April 05, 2010] is **TAKEN  UNDER  ADVISEMENT.**
The court will issue its written Order.

HEARING CONCLUDES.   **Court in recess:**   11:44 a.m.  Total In-Court Time:   01:44

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119 or    Toll Free    1-800-962-3345.