IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02293-MSK-MJW

A-W LAND CO. LLC,
VERNON JESSER and MARY JESSER,
KENT J. MCDANIEL and DEANNA R. MCDANIEL, and
MARVIN BAY and MILDRED BAY,
Co-trustees of the Bay Family Trust,
individually and on behalf of all others similarly situated,

Plaintiffs,

v.

ANADARKO E&P ONSHORE LLC and
ANADARKO LAND COMPANY,

Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the parties' Unopposed Joint Motion to Modify Deadlines in Scheduling Order (Docket No. 205) is GRANTED.  The Scheduling Order (Docket No. 181) is AMENDED to extend certain deadlines, as follows:

- Fact discovery cut-off: April 2, 2015
- Dispositive motions: May 4, 2015
- Affirmative expert reports: April 27, 2015
- Rebuttal expert reports: May 27, 2015
- Expert witness deposition cut-off: June 5, 2015

Date: December 8, 2014