IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02293-MSK-MJW

A-W LAND CO. LLC,
VERNON JESSER and MARY JESSER,
KENT J. MCDANIEL and DEANNA R. MCDANIEL, and
MARVIN BAY and MILDRED BAY,
Co-trustees of the Bay Family Trust,
individually and on behalf of all others similarly situated,

Plaintiffs,

v.

ANADARKO E&P ONSHORE LLC and
ANADARKO LAND COMPANY,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Unopposed Joint Motion to Modify Deadlines in Scheduling Order (Docket No. 220) is GRANTED for good cause shown.  The Scheduling Order (Docket No. 181) is AMENDED to extend certain deadlines, as follows:

- Fact discovery cut-off: June 2, 2015
- Dispositive motions: July 6, 2015
- Affirmative expert reports: June 29, 2015
- Rebuttal expert reports: July 27, 2015
- Expert witness deposition cut-off: August 5, 2015

The Court notes that the parties suggested July 3, 2015, for the dispositive motions deadline.  The courthouse will be closed that day in observance of the July 4, 2015, holiday (which falls on a Saturday).  As a result, the Court has advanced the dispositive motions deadline to the following Monday.

Date: February 11, 2015