IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02293-MSK-MJW

A-W LAND CO. LLC,
VERNON JESSER and MARY JESSER,
KENT J. MCDANIEL and DEANNA R. MCDANIEL, and
MARVIN BAY and MILDRED BAY,
Co-trustees of the Bay Family Trust,
individually and on behalf of all others similarly situated,

Plaintiffs,

v.

ANADARKO E&P ONSHORE LLC and
ANADARKO LAND COMPANY,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiffs' Unopposed Motion for Leave to File Their Supplemental Expert Disclosure Substituting Jack A. McCartney for Arthur Ronald Briggs (Docket No. 226) is GRANTED for good cause shown.  Plaintiffs are GRANTED LEAVE to substitute Mr. McCartney for Mr. Briggs as an expert witness.

Date: February 25, 2015