IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02293-MSK-MJW

A-W LAND CO. LLC, VERNON JESSER and MARY JESSER, KENT J. MCDANIEL and DEANNA R. MCDANIEL, and MARVIN BAY and MILDRED BAY, Co-trustees of the Bay Family Trust, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

ANADARKO E&P ONSHORE LLC and ANADARKO LAND COMPANY,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- Defendants' unopposed Motion for Forthwith Ruling (Docket No. 287) is GRANTED;

- Defendants' unopposed Motion to Clarify Scope of Discovery, Expert Reports, and Dispositive Motions (Docket No. 286) is GRANTED: and

- The current Scheduling Order in this case (Docket No. 181) is clarified as follows: Pursuant to the Court's original order granting class certification, discovery of the individual Class members (other than the named plaintiffs), including but not limited to depositions and Rule 34 inspections, and any expert reports and dispositive motions addressing any claims of individual Class members, will be deferred until after individual Class members assert liability and damages claims if Chief Judge Krieger's ruling on the four legal issues would allow such claims to be asserted. If such claims are allowed, and as contemplated by the Court's order (Doc. 120 at 12), the Parties shall request a status conference with the Court.

Date: June 25, 2015