IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02293-MSK-MJW

A-W LAND CO. LLC,
VERNON JESSER and MARY JESSER,
KENT J. MCDANIEL and DEANNA R. MCDANIEL, and
MARVIN BAY and MILDRED BAY,
Co-trustees of the Bay Family Trust,
individually and on behalf of all others similarly situated,

Plaintiffs,

v.

ANADARKO E&P ONSHORE LLC and
ANADARKO LAND COMPANY,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Unopposed Joint Motion to Extend Scheduling Order Deadlines Twenty-Eight Days to Complete Depositions (Docket No. 297) is GRANTED for good cause shown.  The Scheduling Order (Docket No. 181) is AMENDED to extend certain deadlines, as follows:

- Fact discovery cut-off: August 31, 2015, for purposes of the depositions discussed in the motion (Docket No. 297 ¶¶ 6-7); the cut-off remains August 3, 2015, for all other purposes;
- Dispositive motions: October 6, 2015
- Affirmative expert reports: September 28, 2015
- Rebuttal expert reports: October 26, 2015
- Expert witness deposition cut-off: November 2, 2015

The parties are advised to take all reasonable steps to avoid filing any further motions to extend deadlines.  The Court has noted the issues raised in paragraph 11 of the motion, and nothing in this order is intended to preclude the parties from moving to enforce discovery within a reasonable period of time following the discovery cut-off.

Date: July 8, 2015