IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02293-MSK-MJW

VERNON JESSER and MARY JESSER,
KENT J. MCDANIEL and DEANNA R. MCDANIEL, and
MARVIN BAY and MILDRED BAY,
Co-trustees of the Bay Family Trust,
individually and on behalf of all others similarly situated,

Plaintiffs,

v.

ANADARKO E&P ONSHORE LLC and
ANADARKO LAND COMPANY,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- Defendant's Unopposed Motion to Extend Scheduling Order Deadline for 30(b)(6) Deposition and Request for Expedited Ruling (Docket No. 364) is GRANTED for good cause shown;

- The operative Scheduling Order (Docket No. 322) is AMENDED such that the discovery deadline is extended deadline to May 6, 2016 for the sole purpose of taking Anadarko's Rule 30(b)(6) deposition; all other discovery shall be completed by current deadlines.

Date: March 23, 2016